# EXHIBIT A

Kelly J. McDonald - State Bar #012276
**THE LAW OFFICES OF**
**KELLY J. McDONALD, P.L.L.C.**
610 E. Roosevelt St., Suite 133
Phoenix, AZ 85004
Phone: (480) 922-1010
Fax: (480) 907-3323
kelly@probateaz.net

Attorneys for Plaintiffs

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| The Estate of MARCELA BACA, by and through Stephanie McCollum, as Personal Representative of the Estate of MARCELA BACA; Stephanie McCollum, as Conservator for the minor wrongful death beneficiaries, on behalf of all wrongful death beneficiaries, <br><br> Plaintiff, <br><br> v. <br><br> UNITED PARCEL SERVICE, INC.; ALFREDO DUENAS; WILMER SANTOS-MALDANADO; JOHN DOES I-V; BLACK AND WHITE CORPORATIONS I-V; BLACK AND WHITE PARTNERSHIPS I-V; <br><br> Defendants. | NO. CV2011-007579 <br><br> **SUMMONS** <br><br><br> IF YOU WANT THE ADVICE OF A LAWYER, YOU MAY WISH TO CONTACT THE LAWYER REFERRAL SERVICE AT 602-257-4434 OR ON-LINE AT WWW.LAWYERFINDERS.ORG. LRS IS SPONSORED BY THE MARICOPA COUNTY BAR ASSOCIATION |

THE STATE OF ARIZONA TO DEFENDANTS:

United Parcel Service, Inc.,
c/o Corporation Service Company
2338 W. Royal Palm Rd., Suite J
Phoenix, AZ 85021

1

1  YOU ARE HEREBY SUMMONED and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona - whether by direct service, by registered or certified mail, or by publication - you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after the date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. RCP 4; A.R.S. §§ 20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the plaintiffs' attorney. RCP 10(D); A.R.S. § 12-311; RCP 5.

Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

The name and address of plaintiffs' attorney is:

Kelly J. McDonald
The Law Offices of Kelly J. McDonald, P.L.L.C.
5020 E. Shea Blvd., Suite 100
Phoenix, Arizona 85254
(480) 922-1010

COPY

APR 0 4 2011

SIGNED AND SEALED this date: _____   MICHAEL K. JEANES, CLERK
                                        S. STULZ
                                        DEPUTY CLERK

_____
Clerk

By_____
   Deputy Clerk

2

1  METHOD OF SERVICE:
2  [X] Private Process Service
3  [ ] Sheriff or Marshal
   [ ] Personal Service
4  [ ] Registered/Certified Mail (Out of State)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Kelly J. McDonald - State Bar #012276
**THE LAW OFFICES OF**
**KELLY J. McDONALD, P.L.L.C.**
610 E. Roosevelt St., Suite 133
Phoenix, AZ 85004
Phone: (480) 922-1010
Fax: (480) 907-3323
kelly@probateaz.net

Attorneys for Plaintiffs

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| The Estate of MARCELA BACA, by and through Stephanie McCollum, as Personal Representative of the Estate of MARCELA BACA; Stephanie McCollum, as Conservator for the minor wrongful death beneficiaries, on behalf of all wrongful death beneficiaries,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.; ALFREDO DUENAS; WILMER SANTOS-MALDANADO; JOHN DOES I-V; BLACK AND WHITE CORPORATIONS I-V; BLACK AND WHITE PARTNERSHIPS I-V;<br><br>Defendants. | NO. CV2011-007579<br><br>**SUMMONS**<br><br>IF YOU WANT THE ADVICE OF A LAWYER, YOU MAY WISH TO CONTACT THE LAWYER REFERRAL SERVICE AT 602-257-4434 OR ON-LINE AT WWW.LAWYERFINDERS.ORG. LRS IS SPONSORED BY THE MARICOPA COUNTY BAR ASSOCIATION |

THE STATE OF ARIZONA TO DEFENDANTS:

ALFREDO DUENAS
800 N. Mariposa Avenue, #219
Los Angeles, CA 90029

1

1  YOU ARE HEREBY SUMMONED and required to appear and defend, within the time applicable, in this action in this Court. If served within Arizona, you shall appear and defend within 20 days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona - whether by direct service, by registered or certified mail, or by publication - you shall appear and defend within 30 days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of 40 days after the date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete 30 days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete 30 days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of Compliance and return receipt or Officer's Return. RCP 4; A.R.S. §§ 20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the plaintiffs' attorney. RCP 10(D); A.R.S. § 12-311; RCP 5.

Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least 3 judicial days in advance of a scheduled court proceeding.

The name and address of plaintiffs' attorney is:

Kelly J. McDonald
The Law Offices of Kelly J. McDonald, P.L.L.C.
5020 E. Shea Blvd., Suite 100
Phoenix, Arizona 85254
(480) 922-1010

COPY
APR 0 4 2011

SIGNED AND SEALED this date  MICHAEL K. JEANES, CLERK
S. STULZ
DEPUTY CLERK

_____
Clerk

By_____
Deputy Clerk

2

1  METHOD OF SERVICE:
   [X] Private Process Service
2  [ ] Sheriff or Marshal
   [ ] Personal Service
3  [ ] Registered/Certified Mail (Out of State)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

EXHIBIT B

Kelly J. McDonald - State Bar #012276
**THE LAW OFFICES OF**
**KELLY J. McDONALD, P.L.L.C.**
610 E. Roosevelt St., Suite 133
Phoenix, AZ 85004
Phone: (480) 922-1010
Fax: (480) 907-3323
kelly@probateaz.net

Attorneys for Plaintiff

COPY

APR 0 4 2011

MICHAEL K. JEANES, CLERK
S. STULZ
DEPUTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| The Estate of MARCELA BACA, by and through Stephanie McCollum, as Personal Representative of the Estate of MARCELA BACA; Stephanie McCollum, as Conservator for the minor wrongful death beneficiaries, on behalf of all wrongful death beneficiaries,<br><br>           Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.; ALFREDO DUENAS; WILMER SANTOS-MALDANADO; JOHN DOES I-V; BLACK AND WHITE CORPORATIONS I-V; BLACK AND WHITE PARTNERSHIPS I-V;<br><br>           Defendants. | NO. CV2011-007579<br><br>**COMPLAINT**<br><br>(Tort – Motor Vehicle; Wrongful Death; Punitive Damages) |

The plaintiffs, for their claims against the defendants, jointly and separately, allege:

I.

Stephanie McCollum is a proper plaintiff to bring this action, as she was appointed by the Maricopa County Superior Court as Personal Representative for the Estate of MARCELA BACA on October 28, 2009. Stephanie McCollum has also been appointed as Conservator for each of the minor wrongful death beneficiaries named herein. Stephanie McCollum brings this action pursuant to A.R.S. §14-3110 on behalf of The Estate of MARCELA BACA and pursuant to A.R.S. §12-612(A) on behalf of all statutory wrongful death beneficiaries who have existing wrongful death claims against these defendants.

II.

D███ M███ B███, M███ M███ B███, M███ B███, D███ B███-L███, A███ D███ B███ and G███ M███, minors, and CRUZ BACA SOTO, an adult, are surviving children of MARCELA BACA. JORGE ABREGO is the surviving spouse of MARCELA BACA. Each of these individuals is a resident of the County of Maricopa, State of Arizona. Each of these individuals is a wrongful death beneficiary pursuant to A.R.S. §12-612.

III.

Stephanie McCollum is a resident of the County of Maricopa, State of Arizona.

IV.

The defendant, UNITED PARCEL SERVICE, INC., upon information and belief, is a Georgia corporation authorized to do and doing business in the State of Arizona, which caused an event to occur in the State of Arizona out of which the claims that are the subject of this lawsuit arose.

V.

The defendants, ALFREDO DUENAS and WILMER SANTOS-MALDANADO are, upon information and belief, residents of the State of California, who caused an event to occur in the State of Arizona out of which the claims that are the subject of this lawsuit arose.

VI.

The defendants, JOHN DOES I-V, BLACK AND WHITE CORPORATIONS I-V, and BLACK AND WHITE PARTNERSHIPS I-V, are individuals, corporations, and/or business entities, whose true names are not presently known to the plaintiff but individually, and/or through their agents or employees, caused an event to occur in the State of Arizona out of which the claims that are the subject of this lawsuit arose.

VII.

On or about April 5, 2009, at approximately 2:30 p.m., MARCELA BACA was a passenger in a vehicle that was traveling westbound on Van Buren Street, at the intersection of 51st Avenue in Phoenix, Maricopa County, Arizona.

VIII.

At the above mentioned time and place, defendant, ALFREDO DUENAS was driving a large Freightliner commercial tractor bobtail truck with his co-driver defendant, WILMER SANTOS-MALDANADO as his passenger.

IX.

At the time of this incident, the defendants, ALFREDO DUENAS and WILMER SANTOS-MALDANADO were employees or agents of defendant, UNITED PARCEL SERVICE, INC., and acting in the course and scope of that employment or agency.

X.

At the above mentioned time and place, defendants, ALFREDO DUENAS and WILMER SANTOS-MALDANADO, did negligently, recklessly and with conscious disregard of a substantial risk of significant harm to others, operate their commercial tractor and bobtail truck so as to cause it to crash into the vehicle in which MARCELA BACA was a passenger, ultimately killing MARCELA BACA.

XI.

At the time of this incident, the defendants, ALFREDO DUENAS and WILMER SANTOS-MALDANADO, were operating the truck and trailer in violation of the Federal Motor Carrier Safety Regulations.

XII.

Upon information and belief, at the time of this collision, the defendant drivers were operating the truck and trailer when their driver/operator hours of service exceeded the Federal Motor Carriers Safety Regulations restrictions.

XIII.

Upon information and belief, At the above mentioned time and place, the tires on the tractor and trailer being operated by the defendants, ALFREDO DUENAS and WILMER SANTOS-MALDANADO, were defective, in poor repair, or otherwise inoperable, a condition that contributed to causing this collision.

XIV.

Upon information and belief, the defendants, ALFREDO DUENAS and WILMER SANTOS-MALDANADO, negligently, recklessly, and/or with conscious disregard for the safety of others failed to properly inspect and maintain the tractor and trailer being operated by the defendants at the time of this collision.

XV.

The defendant, UNITED PARCEL SERVICE, INC. negligently, recklessly, and/or with conscious disregard for the safety of others, hired, trained, and/or retained the defendants ALFREDO DUENAS and WILMER SANTOS-MALDANADO to drive the tractor and trailer involved in this collision.

XVI.

Upon information and belief, the defendants, ALFREDO DUENAS and WILMER SANTOS-MALDANADO, did negligently, recklessly, and/or with conscious disregard for the safety of others operate the tractor and trailer in a fatigued condition which caused or contributed to the collision.

XVII.

The conduct of the defendants, jointly and separately, was the cause of the death of MARCELA BACA.

XVIII.

As a direct and proximate result of the conduct of the defendants, jointly and separately, the Estate of MARCELA BACA will suffer future loss of earnings in an amount to be determined at trial.

XIX.

As a direct and proximate result of the conduct of the defendants, jointly and separately, the named wrongful death beneficiaries and each of them, have been deprived of the love, affection, comfort, financial support, and companionship of their mother and spouse, MARCELA BACA, and have experienced, and will continue to experience, pain, grief, sorrow, anguish, stress, and mental suffering as a result of her death, all to their damage in a sum to be determined by a jury, but far in excess of minimal jurisdictional limits of this court.

XX.

As a direct and proximate result of the conduct of the defendants, jointly and separately, the Estate of MARCELA BACA, and each and every one of the named wrongful death beneficiaries, have suffered permanent loss.

WHEREFORE, the plaintiffs pray for judgment against the defendants, jointly and separately, as follows:

1. For the loss of medical expenses, funeral expenses, and loss of future earnings to the Estate of MARCELA BACA.

2. For the general and special damages to each of the named wrongful death beneficiaries, D████ M████-B███, M████ M████ B███, M████████ BACA, D████ B██L███, A███ D███ B███, G████ M████, CRUZ BACA SOTO and JORGE ABREGO for the death of their mother and spouse, MARCELA BACA.

3. For punitive or exemplary damages against the defendants.

4. For the plaintiffs' costs incurred herein.

5. For such other and further relief as the Court deems just and proper.

DATED this 4th day of April, 2011.

THE LAW OFFICES OF
KELLY J. MCDONALD, P.L.L.C.

By /s/ Kelly J. McDonald
Kelly J. McDonald
Attorneys for Plaintiff

EXHIBIT C

Kelly J. McDonald - State Bar #012276
**THE LAW OFFICES OF**
**KELLY J. McDONALD, P.L.L.C.**
610 E., Roosevelt St., Suite 133
Phoenix, AZ 85004
Phone: (480) 922-1010
Fax: (480) 907-3323
kelly@probateaz.net

Attorneys for Plaintiff

COPY

APR 0 4 2011

MICHAEL K. JEANES, CLERK
S. STULZ
DEPUTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| The Estate of MARCELA BACA, by and through Stephanie McCollum, as Personal Representative of the Estate of MARCELA BACA; Stephanie McCollum, as Conservator for the minor wrongful death beneficiaries, on behalf of all wrongful death beneficiaries,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.; ALFREDO DUENAS; WILMER SANTOS-MALDANADO; JOHN DOES I-V; BLACK AND WHITE CORPORATIONS I-V; BLACK AND WHITE PARTNERSHIPS I-V;<br><br>Defendants. | NO. CV2011-007579<br><br>**CERTIFICATE OF COMPULSORY ARBITRATION** |

Pursuant to Rule 72(e), Arizona Rules of Civil Procedure, Plaintiff hereby certifies that the largest award sought by the Plaintiffs, including punitive damages, but excluding interest,

1

attorneys' fees, and costs **does** exceed the limits set by Local Rule 72(e) for compulsory arbitration. Therefore, this case **is not** subject to the Arizona Rules of Civil Procedure.

DATED this ___4___ day of April, 2011.

THE LAW OFFICES OF
KELLY J. MCDONALD, P.L.L.C.

By _____
Kelly J. McDonald
Attorneys for Plaintiff

EXHIBIT D

Phillip H. Stanfield, Bar #011729
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7877
pstanfield@jshfirm.com

Attorneys for Defendants
UPS Ground Freight, Inc. and Alfredo Duenas

## SUPERIOR COURT OF THE STATE OF ARIZONA
## COUNTY OF MARICOPA

| | |
|---|---|
| The Estate of MARCELA BACA, by and through Stephanie McCollum, as Personal Representative of the Estate of MARCELLA BACA; Stephanie McCollum, as Conservator for the minor wrongful death beneficiaries, on behalf of all wrongful death beneficiaries,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.; ALFREDO DUENAS; WILMER SANTOS-MALDANADO; JOHN DOES I-V; BLACK AND WHITE CORPORATIONS I-V; BLACK AND WHITE PARTNERSHIPS I-V<br><br>Defendants, | NO. CV2011-007579<br><br>**NOTICE OF FILING NOTICE OF REMOVAL**<br><br>(Assigned to the Honorable Edward O. Burke) |

Defendants UPS Ground Freight, Inc. (incorrectly identified as United Parcel Service, Inc. in the Complaint) and Alfredo Duenas, by and through undersigned counsel, pursuant to 28 U.S.C. § 1441 *et. seq.*, notify this Court that they filed a Notice of Removal of this action to the United States District Court for the District of Arizona. A copy of the Notice of Removal (exclusive of exhibits) is attached hereto as Exhibit A.

2536000.1

DATED this 13th day of May, 2011.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Phillip H. Stanfield
Phillip H. Stanfield
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Attorneys for Defendants United Parcel Service, Inc. and Alfredo Duenas

ORIGINAL of the foregoing filed
this 13th day of May, 2011.

COPY of the foregoing mailed
this 13th day of May, 2011, to:

Kelly J. McDonald
THE LAW OFFICES OF KELLY J. McDONALD, P.L.L.C.
610 E. Roosevelt St., Ste. 133
Phoenix, AZ 85004
Attorney for Plaintiff

/s/ S. Coffey

2536000.12