Andrew R. Alex, # 003646
**ALEX & ASSOCIATES, P.C.**
1717 East Bell Road, Suite One
Phoenix, Arizona 85022-6200
Telephone: (602) 971-1775
Facsimile: (602) 867-7833
Email: Andrew@alexandassociates.com
Email: **ECF-AG@earthlink.net**
Attorneys for Plaintiff

Lawrence F. Scaringelli, Esq.  014036
Scaringelli Law Firm, P.C.
15849 N. 71st Street, Suite 100
Scottsdale, Arizona 85254
Tel: (480) 779-8404
Fax: (480) 696-7666
Email: **larry@scaringellilaw.com**

Michael J. O'Neill (pro hac vice)
Asna Assuncao, LLP
4 Penn Center
1600 John F. Kennedy Blvd., Suite 900
Philadelphia, PA 19103
Tel: (267) 528-0750
Fax: (267) 528-0726
Email: **michael.oneill@ansalaw.com**

Phillip H. Stanfield
Jones, Skelton & Hochuli, P.L.C.
2901 N. Central Avenue, Suite 800
Phoenix, AZ 85012
Tel: (602) 263-1745
Fax: (602) 200-7877
Email: **pstanfield@jshfirm.com**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| |
|---|
| Stephanie McCollum, as Conservator for the minor wrong wrongful death beneficiaries; and as Personal Representative of the estate of |

| | |
|---|---|
| Marcela Baca,<br><br>　　　　　Plaintiff<br><br>v.<br><br>UNITED PARCEL SERVICE, INC.; ALREDO DUENAS; WILMER SANTOS-MALDONADO; JOHN DOES I-V'; BLACK AND WHITE CORPORATION I-V; BLACK AND WHITE PARTNERSHIPS I-V;<br><br>　　　　　Defendants. | CV11- 00961-DGC<br><br>**PARTIES' JOINT PROPOSED VOIR DIRE QUESTIONS FOR JUDGE CAMPBELL TO ASK THE JURY PANEL** |

Plaintiffs respectfully request this Court to ask the jury panel the following questions:

1. It is important that you not feel embarrassed or judged by expressing your feelings during this jury selection process. The attorneys in this case want you to be comfortable in expressing your true and honest feelings and beliefs. With this in mind, is there anyone who does not feel comfortable knowing what you have already heard about this case?

2. I will instruct you that it is your duty to find the facts from all the evidence presented during this case. You will then apply those facts to the law that I give you. You must follow the law whether you agree with it or not. In so doing, you must not consider or be influenced by "outside information". Outside information includes personal likes or dislikes, opinions, bias or prejudices or sympathy. These are the things we all carry with us but have no place in this trial. Is there any member of this panel who would find it difficult to base your opinion strictly on the evidence and not be influenced by personal outside information. If so, please explain.

3. Does anyone feel that there are too many lawsuits, and that these feelings would extend to the belief that a person should not bring a lawsuit for the loss of a parent. If so, please explain.

4. Would any member of this panel be reluctant to award money damages based on the evidence and this Court's instructions to be given to you at the end of the case.

5. Is there any member of this panel, your family or close friends who have been

in an accident or near-accident with an 18-wheeler tractor or a large commercial truck. If so, please explain.

6. Is there any member of this panel, your family or close friends who work for or performs work for a trucking company, a transport company or drives a large commercial truck for a living. Please explain.

7. Does anyone feel uncomfortable sitting as a juror in a case involving the death of a person. If so, please explain.

8. Do you have knowledge, from the news media or elsewhere, about the April 5, 2009, tractor –motor vehicle collision at the intersection of 51st Avenue and Van Buren in Phoenix, that resulted in the death of the occupants of the car, or have you heard about it since?

10. Please raise your hand to indicate if you feel you would not file a lawsuit even if someone close to you was seriously hurt by another person's fault. Please explain.

11. Civic involvement. In the past year, who here has (raise of hands for each question):

    a. written or called a politician at a local, state or national level?

    b. served on a committee in a local organization

    c. been an officer of a club or organization?

    d. attended a rally or speech or protest?

    e. written a letter to the editor or called a live broadcast to express an opinion?

    f. blogged on-line or written an opinion or editorial for a newspaper or publications?

    g. were active with a political party?

    h. held or run for office?

   12. Is there anyone here who, for any reason, would does not feel comfortable sitting as a juror in this particular case? Please explain.

**Requested by Plaintiffs; objected to by Defendant:**

   13. Some people believe that there should be some limits on the ability to sue; or that some limit should be placed on the amounts that juries can assess in compensation in lawsuits. Other people feel that on the whole, the jury system works just fine. What position are you closer to, even if just a little bit? How many of you have taken an interest in this issue? For example, have you researched the matter or contacted an elected official about any issue involving caps or liability reform? Please tell me about this.

Respectfully submitted this 14TH day of November 2012.

        **ALEX & ASSOCIATES, P.C.**

        /s/Andrew R. Alex
        *Attorneys/Co-counsel for adult Plaintiffs*
        *and adult wrongful death beneficiary,*
        *Gabriel Martinez and, Cruz Baca-Soto.*

        **SCARINGELLI LAW FIRM, P.C.**

        /s/Lawrence F. Scaringelli, Esq.
        *Attorneys for Plaintiffs, Stephanie McCollum,*
        *Conservator for the   wrong death beneficiaries,*
        *Gabriel Francisco Martinez and  Cruz Baca-Soto.*

        **Asna Assuncao, LLP**

        /s/ Michael J. O'Neill(pro hac vice)
        *Attorneys for Defendants*

        **Jones, Skelton & Hochuli, P.L.C.**

/s/Phillip H. Stanfield
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically transmitted the attached documents to all counsel of record by filing it with the Clerk's office using the CM/ECF System.

By: /s/Andrew R. Alex