```
                    IN THE UNITED STATES DISTRICT COURT

                        FOR THE DISTRICT OF ARIZONA
                        CIVIL MINUTES - Jury Trial Day 1
Phoenix Division


CIV 11-00961 PHX DGC              DATE: 01/15/2013
Year   Case No  Initials

Title: Gabriel Martinez, et al.,    vs. UPS Freight Inc., et al.,
         Plaintiff                          Defendant
=========================================================================

HON: DAVID G. CAMPBELL                          Judge # 7031


 Traci C. Abraham                   Patricia Lyons
        Deputy Clerk                    Court Reporter

 Andrew Alex                        Michael O'Neill and Phillip Stanfield
Attorney(s) for Plaintiff(s)        Attorney(s) for Defendant(s)
=========================================================================
PROCEEDINGS:      X    JURY TRIAL        Chambers     X     VOIR DIRE/JURY SWORN
```

**TRIAL DAY # 1**

Other appearances: Gabriel Martinez, Donal Childers conservator on behalf of Crus Baca-Soto; Fernando Barajas

8:32 Court in session. New caption of case discussed. Gabriel Martinez and Donal Childers conservator on behalf of Cruz Baca-Soto plaintiffs in case. Parties stipulate to the dismissal of defendant Wilmer Santos-Maldanado from case. Dismissal granted. Remaining defendants United Parcel Service Freight Inc. And Alfredo Duenas.

Parties to file a stipulation and order with the new caption of the case.

Statement of case reviewed and edited. Reading of depositions of Wilmer Santos-Maldanado and Alfredo Duenas discussed. Parties to provide a copy to the Court with designations and objections.

Parties outstanding objections to plaintiff exhibits re: log book, police reports, and CPS reports discussed. Taken under advisement.
Defendant's request the Court inform the jury that defendant Alfredo Duenas absence from trial is due to health reasons. Plaintiff request the same acknowledgment as to Cruz Baca-Soto, defendants object.

Court will make a brief statement to jury that Cruz Baca-Soto is represented by Conservator Donal Childers and Alfredo Duenas is absent due to health reasons.

Defendant's renew their motion for summary judgment re: punitive damages.

Discussion held. Motion denied.

Further discussion on police reports to be held at end of day.

9:25 Court in recess.

9:40 Court in session. Counsel present. Jury panel 29 sworn, voir dire begins.

10:50-11;05 Morning break.

11:07 Court in session. Counsel present. Jury panel present. Voir dire continues. 11:40 Jury panel excused.

11:41 Court will excuse the following jurors for hardship: 3,25,26 – No objections.

Plaintiff's challenges for cause: Jurors 10, no objection, granted; 13, objection, granted; 18, objection, denied; 27, objection, granted.

Defendant's challenges for cause: Jurors 1, objection, granted; 9, no objection, granted;15, objection, denied; 19, objection, granted.

Parties pass the panel.

11:59 Court in recess. Counsel make peremptory strikes.

12:15 Court in session. Counsel present. Jury panel present. 8 jurors called forward that represent the jury in this case. Jury of 8 sworn. Remaining panel members excused.

12:20-1:30 Jury excused for lunch.

Court and counsel discuss preliminary jury instructions. Additional discussion held on police reports.

12:50 Court in recess.

1:32 Court in session. Counsel present. Jury present. Court instructs the jury. Stipulation of the parties read to the jury.

1:54 Plaintiff opening statement.
2:19 Defendant opening statement.


2:30 Det. Mike Solace sworn and examined. Exhibits 1-4,18,19,20,35 admitted.

3:01-3:15 Court in recess. Afternoon break.

3:18 Court in session. Counsel present. Jury present. Det. Mike Solace cross examination begins.

3:25 Charles Wheeler sworn and examined. 3:40 Melissa Chavez sworn and examined.
3:59 Det. David Schwartz sworn and examined.

4:29 Jury excused to return on 1/16/2013 at 9:00 a.m.

4:30 Court rules on the use of drivers logs for impeachment. Court concludes the inaccuracies in the log cannot be used to challenge Alfredo Duenas credibility. Police reports discussed. Defendants have 4 issues in relation to the use of the police reports. Plaintiff objects for lack of disclosure.

Defendants to provide proof of disclosure to the Court. Objections to depositions discussed. Parties to work to resolve.

5:09 Court in recess. Counsel to return on 1/16/2013 at 8:45 a.m.