FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 17 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CV 11-961 Phx DGC
Juror Note
Public

1/14/13

I would like to speak to Judge Campbell re: a prior accident (traffic) that involved litigation that I forgot about yesterday. It involved my husband and a later lawsuit after we moved out of state. The lawsuit was brought by family members just before statute of limitations ran out.

Bør
Juror #3

